RECEIVED
APR 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>KURT LEPPING )<br>)<br>       Defendant. )<br>_____) | Case No. A02-0043-CR (JWS) |

## MOTION FOR MODIFICATION OF SENTENCE
## FOR EARLY TERMINATION OF PROBATION

COMES NOW KURT LEPPING, by and through his attorneys, Birch, Horton, Bittner and Cherot, and pursuant to Fed. R. Crim. P. 32.1(c) moves this court for early termination of his probation.

Early termination is appropriate and warranted because Mr. Lepping has fully complied with all of the terms of his probation, paid all assessed fees and fines in full, and served forty-four months – nearly seventy-five percent -- of his sixty month probationary period. As now scheduled, Mr. Lepping's probation will expire on July 31, 2007. According to the government's usual practice of granting early termination after two-thirds of a defendant's probation is served provided all other sentencing conditions have been satisfied, Mr. Lepping is entitled to early termination.

This motion is supported by the attached memorandum, affidavits and exhibits. A proposed order granting early termination is lodged with this motion.

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

MOTION FOR MODIFICATION OF SENTENCE
USA vs. Lepping
{F:\505914\6\CXH7477.DOC}

Page 1 of 2
Case No. A02-0043 CR (JWS)

DATED at Anchorage, Alaska, this 14th day of April, 2006.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Kurt Lepping

By: _____
Gregory A. Miller, ABA No. 8711096

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 14th day of April, 2006, a true and correct copy of the forgoing was served by First Class Mail on:

Steven E. Skrocki, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513

Charlene V. Wortman
U.S. Probation/Pretrial Services Officer
United States District Court
District of Alaska
222 West Seventh Avenue, #48, Room #168
Anchorage, AK 99513-7562

BIRCH, HORTON, BITTNER AND CHEROT

By: _____
Chris Hedberg

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

MOTION FOR MODIFICATION OF SENTENCE
USA vs. Lepping
{F:\505914\6\CXH7477.DOC}
Page 2 of 2
Case No. A02-0043 CR (JWS)