IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
APR 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>            Plaintiff, )<br>                                        )<br>vs.                                  )<br>                                        )<br>KURT LEPPING            )<br>            Defendant.     ) | Case No. A02-0043-CR (JWS) |

**ORDER GRANTING DEFENDANT'S
MOTION FOR MODIFICATION OF SENTENCE
FOR EARLY TERMINATION OF PROBATION**

This Court, having reviewed defendant Kurt Lepping's Motion for Modification of Sentence for Early Termination of Probation and any opposition thereto, and finding good cause for the granting of said motion,

HEREBY ORDERS that Kurt Lepping's motion for early termination of his probation is GRANTED and that Kurt Lepping's probation is hereby TERMINATED.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

ORDER GRANTING MOTION FOR MODIFICATION OF SENTENCE
AND TERMINATING PROBATION
USA vs. Lepping
{F:\505914\6\CXH7482.DOC}
Page 1 of 2
Case No. A02-0043 CR (JWS)

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 14th day of April, 2006, a true and correct copy of the forgoing was served by First Class Mail on:

Steven E. Skrocki, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513

Charlene V. Wortman
U.S. Probation/Pretrial Services Officer
United States District Court
District of Alaska
222 West Seventh Avenue, #48, Room #168
Anchorage, AK 99513-7562

BIRCH, HORTON, BITTNER AND CHEROT

By: *Chris Hedberg*
Chris Hedberg

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

ORDER GRANTING MOTION FOR MODIFICATION OF SENTENCE
AND TERMINATING PROBATION
USA vs. Lepping
{F:\505914\6\CXH7482.DOC}

Page 2 of 2
Case No. A02-0043 CR (JWS)