IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
APR 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

THE UNITED STATES OF )
AMERICA )
      Plaintiff, )
)
vs. )
)
KURT LEPPING )
) Case No. A02-0043-CR (JWS)
      Defendant. )
)

**MEMORANDUM IN SUPPORT OF
MOTION FOR MODIFICATION OF SENTENCE
FOR EARLY TERMINATION OF PROBATION**

Mr. Lepping has fully complied with all of the terms of his probation, paid all assessed fees and fines in full, and served forty-four months – over seventy percent -- of his sixty-month probationary period. Therefore, Mr. Lepping is entitled to the early termination generally accorded other defendants who have served two-thirds of their sentences and fully satisfied their other probationary obligations.

**I.**    **FACTS**

Mr. Lepping was sentenced on August 1, 2002 to five years of probation, fined $15,000, and assessed a fee of $50 for two hunting related violations of the Lacey Act. *See* Exhibit A. Since that date, Mr. Lepping has fully complied with all of the conditions of his probation and paid the fine and assessed fee. *See* Aff. of K. Lepping at ¶ 4. Immediately following sentencing, Mr. Lepping was advised by his Parole Officer, Charlene Wortman, that he would be eligible for early termination of his probation after serving forty months, or two-thirds, of his sentence, so long as he

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

MEMO IN SUPPORT OF MOTION FOR MODIFICATION OF SENTENCE    Page 1 of 5
USA vs. Lepping    Case No. A02-0043 CR (JWS)
{F:\505914\6\CXH7478.DOC}

was in compliance with all of his sentencing conditions. *See id.* at ¶ 3. As currently scheduled, Mr. Lepping's probation will expire on July 31, 2007.

Counsel for Mr. Lepping spoke with Ms. Wortman on March 15, 2006, to ask whether she would advocate for early termination of Mr. Lepping's probation. *See Aff.* of Scott Kendall at ¶ 2. Ms. Wortman eventually replied that, after speaking with her supervisor, she would not support early termination. *See id.* at ¶ 4. Hence this motion.

The circumstances of Mr. Lepping's probation have negatively impacted his economic earning ability in ways completely unrelated to the hunting violations for which he was sentenced.

Mr. Lepping estimates that he has lost up to $650,000 on a land deal that he was unable to close due to his inability to travel on short notice. *See Aff.* of K. Lepping at ¶ 6. And Mr. Lepping fears that this will also jeopardize his ability to take advantage of an upcoming land deal in Minneapolis. *Id. at* ¶ 7.

Prior to his conviction, Mr. Lepping would buy and sell airplanes as a way to produce supplemental income. *Id*. at ¶ 12. However, as a result of his inability to travel on short notice, Mr. Lepping estimates that he has lost out on airplane resale profits in excess of $180,000. *Id*. at ¶¶8-11. Mr. Lepping now fears that because he cannot travel freely he will continue to miss out on such deals. *Id*. at ¶ 12.

Mr. Lepping owns and operates a fishing lodge in Wasilla. *See id.* at ¶ 13. He spent thousands of dollars to build kiosks advertising his fishing lodge for placement in Sportsman's Warehouse retail locations around the United States. *Id.* However, as a result of this conviction Sportsman's Warehouse has pulled Mr. Lepping's advertising kiosks from its sales floors, thereby causing Mr. Lepping an estimated $500,000 to $648,000 in lost fishing business. *Id* at ¶ 17. Mr. Lepping

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

will continue to experience additional lost fishing business until he is released from probation. *Id*

## II.  ARGUMENT

Fed. R. Crim. P. 32.1(c) provides that a court may modify the conditions of probation or supervised release without a hearing if the relief sought is favorable to the defendant and does not extend the term of probation or supervised release. According to contacts by the undersigned with the United States Federal Defender's Office in Anchorage, the court customarily grants a defendant's request for early termination of his probation provided that the defendant has fully complied with all probation terms, paid all fines and/or restitution, and served two-thirds of the sentence.

There is no dispute that Mr. Lepping has served forty-four months, or nearly three quarters, of his sixty-month sentence. He timely paid his fee and fine in full. Ms. Wortman has advised Mr. Lepping's counsel that she will not advocate for his early termination of probation. Regardless, Mr. Lepping has fully complied with the terms of his probation to date. Continued probation will negatively impact Mr. Lepping's ability to pursue real estate opportunities, his ability to supplement his income through buying and selling airplanes, and his ability to advertise and operate his fishing lodge business. Mr. Lepping deserves the same treatment generally afforded other defendants who are similarly in good status. The court is thus requested to exercise its discretion by granting Mr. Lepping's request for early termination of his probation.

## III.  CONCLUSION

Based upon Mr. Lepping's service of nearly seventy-five percent of his probationary period and his full compliance with all other terms of his sentence, it is

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

reasonable for this Court to order the termination of Mr. Lepping's probation at this time.

DATED at Anchorage, Alaska, this 14th day of April, 2006.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Kurt Lepping

By: _____
Gregory A. Miller, ABA No. 8711096

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 14th day of April, 2006, a true and correct copy of the forgoing was served by First Class Mail on:

Steven E. Skrocki, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513

Charlene V. Wortman
U.S. Probation/Pretrial Services Officer
United States District Court
District of Alaska
222 West Seventh Avenue, #48, Room #168
Anchorage, AK 99513-7562

BIRCH, HORTON, BITTNER AND CHEROT

By: *Chris Hedberg*
Chris Hedberg

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680