RECEIVED
APR 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>　　　　　Plaintiff, )<br>　)<br>vs. )<br>　)<br>KURT LEPPING )<br>　　　　　Defendant. ) | Case No. A02-0043-CR (JWS) |

### AFFIDAVIT OF SCOTT M. KENDALL

STATE OF ALASKA　　　　)
　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT )

SCOTT M. KENDALL, being first duly sworn upon oath, deposes and states as follows:

1.　I am counsel for defendant Kurt Lepping in the above-captioned action. I have personal knowledge of all facts stated herein, and I am competent to testify to these facts.

2.　I spoke with Mr. Lepping's Parole Officer, Charlene Wortman, on March 15, 2006, to ask whether she would advocate or at least non-oppose a motion for early termination of Mr. Lepping's probation.

3.　Ms. Wortman indicated that she would discuss early termination with her supervisor.

4.　Ms. Wortman later called back and responded that she and her supervisor had decided not to recommend early termination for Mr. Lepping.

AFFIDAVIT OF GREGORY A. MILLER
USA vs. Lepping
{F:\505914\6\CXH7480.DOC}

Page 1 of 2
Case No. A02-0043 CR (JWS)

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

FURTHERMORE your affiant sayeth naught.

_____
SCOTT M. KENDALL

SUBSCRIBED AND SWORN TO before me this 14th day of April, 2006.



_____
Notary Public in and for Alaska
My commission expires: 2/6/08

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 14th day of April, 2006, a true and correct copy of the forgoing was served by First Class Mail on:

Steven E. Skrocki, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513

Charlene V. Wortman
U.S. Probation/Pretrial Services Officer
United States District Court
District of Alaska
222 West Seventh Avenue, #48, Room #168
Anchorage, AK 99513-7562

BIRCH, HORTON, BITTNER AND CHEROT

By: _____
Chris Hedberg

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

AFFIDAVIT OF GREGORY A. MILLER
USA vs. Lepping
{F:\505914\6\CXH7480.DOC}

Page 2 of 2
Case No. A02-0043 CR (JWS)