PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

**United States District Court**
for the
District of Alaska

RECEIVED
AUG 06 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.                              Case No.   A02-0043-CR (JWS)

Kurt Lepping

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on July 31, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE      7/31/07

Eric D. Odegard                Date
Supervising U.S. Probation/Pretrial
Services Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 31st day of July, 2007.

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge